Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | RAFAEL | | ROSA DIAZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | EVELYN | | MATTOS MORALES |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __District of Puerto Rico__

Case number (if known) __24-00015/ESL__

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: American Leading Aut<br>Description of property securing debt: 2014 Chevrolet Equinox<br>The Debtors' daughter is using this vehicle and making current payments to itscarloan with secured creditor American Leading Finance LLC. | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Retain and pay pursuant to contract. | ☐ No<br>☑ Yes |
| Creditor's name: Banco Popular de Puerto Rico<br>Description of property securing debt: ROAD 3 KM 71 H1A 278 PARC NUEVAS PUNTA SANTIAGO WARD ROAD 3 KM 71 H1A Humacao, PR 00791 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: through a Loss Mitigation/Loan Modification with BPPR. | ☑ No<br>☐ Yes |

| Debtor 1 | RAFAEL | | ROSA DIAZ | Case number (if known) 24-00015/ESL |
| Debtor 2 | EVELYN | | MATTOS MORALES | |
| | First Name | Middle Name | Last Name | |

## Additional Page for Part 1

| Creditor's name: | Coop De A/c Oriental | ☑ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | Coop A/C Oriental (Shares and Deposits) | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | First Federal Bank | ☑ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | 2019 Dodge Grand Caravan | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | |
| | | ☐ Retain the property and [explain]: | |

| Debtor 1 | RAFAEL | | ROSA DIAZ | Case number (if known) 24-00015/ESL |
|---|---|---|---|---|
| Debtor 2 | EVELYN | | MATTOS MORALES | |
| | First Name | Middle Name | Last Name | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ RAFAEL ROSA DIAZ            X /s/ EVELYN MATTOS MORALES
Signature of Debtor 1              Signature of Debtor 2

Date 05/21/2024                    Date 05/21/2024
    MM/ DD/ YYYY                       MM/ DD/ YYYY