**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>RIC F MALIK<br><br>                Debtor(s)<br><br>Earl Geertgens<br>Tama Geertgens<br>                Plaintiff(s)<br><br>v.<br><br>RIC F MALIK  et. al.<br><br>                Defendant(s) | Case No. **23–03241 ESL**<br><br>Chapter **7**<br><br><br>Adversary Number **24–00015**<br><br><br>FILED & ENTERED ON 12/3/24 |

***ORDER***

The motion filed by Ric F. Malik requesting extension of time (docket #55) is hereby granted However, this is the second and last extension.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, December 3, 2024 .

Enrique S. Lamoutte
United States Bankruptcy Judge