United States Bankruptcy Court
District of Puerto Rico

Geertgens,
    Plaintiff

Adv. Proc. No. 24-00015-ESL

MALIK,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2024 | Form ID: ogmf | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| dft | | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| pla | + | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| cc | * | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cd | *+ | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

**Name**      **Email Address**

CHARLES P GILMORE
    on behalf of Plaintiff Earl Geertgens cpg@go-law.com yalfonseca@go-law.com

FREDERIC CHARDON DUBOS
    on behalf of Counter-Claimant RIC F MALIK fcdlaw2025@outlook.com fcdlaw2020@gmail.com;chardon-dubos.fredericb115451@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 03, 2024 | Form ID: ogmf | Total Noticed: 3 |

Warren Wolf  on behalf of Plaintiff Earl Geertgens wwolf@goldbergwolf.com

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: | Case No. **23–03241 ESL** |
| RIC F MALIK | Chapter **7** |
| Debtor(s) | |
| Earl Geertgens | |
| Tama Geertgens | Adversary Number **24–00015** |
| Plaintiff(s) | |
| v. | FILED & ENTERED ON 12/3/24 |
| RIC F MALIK et. al. | |
| Defendant(s) | |

*ORDER*

The motion filed by Ric F. Malik requesting extension of time (docket #55) is hereby granted However, this is the second and last extension.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, December 3, 2024 .

Enrique S. Lamoutte
United States Bankruptcy Judge