**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| **IN RE:** <br><br> RIC F MALIK <br>                        Debtor(s) <br><br> Earl Geertgens <br> Tama Geertgens <br>                        Plaintiff(s) <br><br> v. <br><br> RIC F MALIK et. al. <br>                        Defendant(s) | Case No. **23–03241 ESL** <br><br> Chapter **7** <br><br><br> Adversary Number **24–00015** <br><br><br> FILED & ENTERED ON 1/3/25 |

### *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion to dismiss or Strike Debtor's Amended Answer with Counterclaims Pursuant to Fed. R.Bank r. P.7012(B) filed by Earl Geertgens and Tama Geertgens, docket #51.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted. The adversary proceeding is dismissed. Judgment will be entered accordingly.
In San Juan, Puerto Rico, this Friday, January 3, 2025 .

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge