IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| Debtor(s) | ADVERSARY NUMBER: 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| Plaintiff(s) | |
| RIC F MALIK | |
| Defendant(s) | FILED & ENTERED ON JAN/03/2025 |

JUDGMENT

    Upon this Court's Order entered on January 3, 2025, (docket entry #58), it is now

    ADJUDGED AND DECREED that Judgment be and is hereby entered dismissing the instant adversary proceeding.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 3 day of January, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge