**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>RIC F MALIK<br>                    Debtor(s)<br><br>Earl Geertgens<br>Tama Geertgens<br>                    Plaintiff(s)<br><br>v.<br><br>RIC F MALIK  et. al.<br>                    Defendant(s) | Case No. **23–03241 ESL**<br><br>Chapter **7**<br><br><br>Adversary Number **24–00015**<br><br><br>FILED & ENTERED ON 1/21/25 |

***ORDER***

The motion filed by Defendant, Ric F. Malik requesting extension of time of 22 days to file his reply to Plaintiff's request for reconsideration (docket #63) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, January 21, 2025 .

Enrique S. Lamoutte
United States Bankruptcy Judge