IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

```
IN RE:                          *    CASE NO. 23-03241-ESL
                                *
RIC F. MALIK                    *    CHAPTER 7
                                *
     Debtor,                    *
                                *
-------------------------------*
                                *    Adv. Proc. No. 24-00015-ESL
EARL GEERTGENS AND              *
TAMA GEERTGENS                  *
                                *
     Plaintiffs,                *
                                *
        vs.                     *
                                *
RIC F. MALIK,                   *
                                *
     Defendants.                *
                                *
-------------------------------
```

**MOTION FOR FINAL EXTENSION OF TIME UNC PRO TUNC**

TO THE HONORABLE ENRIQUE S. LAMOUTTE, US BANKRUPTCY JUDGE:

NOW COMES, debtor-defendant, through his undersigned attorney and respectfully state(s) as follows:

1. The undersigned counsel needs additional time to adequately respond to plaintiffs' MOTION TO RECONSIDER DISMISSAL OF ADVERSARY PROCEEDING [62] and file an opposition.

2. Defendant requests the time be extended as a final extension nunc pro tunc to Monday February 17, 2025.

WHEREFORE, debtor-defendant respectfully requests through his undersigned attorney that for the above stated reasons this this Honorable Court grant the requested final extension of time nu8nc pro tunc, along with such other relief that this court

deems just and proper.

Respectfully submitted, in Carolina, Puerto Rico this 10th day of February 2025.

### CERTIFICATE OF SERVICE, P.R. LBR 9013-3

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court uploading the same using the CM/ECF System which will send notification of such filing to all parties of record registered in the use of the CM/ECF system.

**FREDERIC CHARDON DUBOS LAW OFFICE**

s/Frederic Chardon Dubos
Frederic Chardon Dubos, Esq.
USDC-PR 201601
Urb. Valle Ariba Heights
BD13 Calle Naranjo
Carolina, Puerto Rico, 00983-3334
Tel. (787) 908-2476
Email fcdlaw2025@outlook.com
Attorney(s) for Debtor-Defendant