# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| **IN RE:** RIC F MALIK — Debtor(s) | Case No. **23–03241 ESL** <br> Chapter **7** |
| Earl Geertgens <br> Tama Geertgens — Plaintiff(s) <br> v. <br> RIC F MALIK et. al. — Defendant(s) | Adversary Number **24–00015** <br><br> FILED & ENTERED ON 2/11/25 |

***ORDER***

The motion filed by Defendant Ric F Malik requesting extension of time (docket #66) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, February 11, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge