IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                                      CASE NO. 23-03241-ESL7

RIC F MALIK                                 Chapter 7


                Debtor(s)                   ADVERSARY NUMBER: 24-00015-ESL

EARL GEERTGENS

TAMA GEERTGENS
                Plaintiff(s)

RIC F MALIK
                Defendant(s)                FILED & ENTERED ON FEB/11/2025

---

ORDER

    The Motion for reconsideration of dismissal of adversary proceeding filed by Earl Geertgens, and Tama Geertgens (docket #62) is hereby granted. Clearly, the intent of the order entered on January 3, 2025 (dkt. #58) was to strike debtor's answer to the complaint and dismiss the counterclaim filed by the debtor and not to dismiss the adversary proceeding.  The referred to order was meant to grant the request made by plaintiff on October 29, 2024 (dkt. # 51), which was not timely oppose by debtor/defendant.  Therefore, the court amends the January 8, 2025 order to state that the Debtor's amended answer (dkt. #50) is stricken and the counterclaim attached to the same is dismissed.  Partial judgment will be entered dismissing the counterclaim filed on October 11, 2024, as an attachment to debtor's amended answer.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 11 day of February, 2025.


                                          Enrique S. Lamoutte
                                          United States Bankruptcy Judge