IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| Debtor(s) | ADVERSARY NUMBER: 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| Plaintiff(s) | |
| RIC F MALIK | |
| Defendant(s) | FILED & ENTERED ON FEB/11/2025 |

PARTIAL JUDGMENT

Upon this Court's Order entered on February 11, 2025, (docket entry #69), it is now

ADJUDGED AND DECREED that Partial judgment will be entered dismissing the counterclaim filed on October 11, 2024, as an attachment to debtor's amended answer.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11 day of February, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge