IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| Debtor(s) | ADVERSARY NUMBER: 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| Plaintiff(s) | |
| RIC F MALIK | |
| Defendant(s) | FILED & ENTERED ON FEB/13/2025 |

### ORDER AND NOTICE PRELIMINARY PRETRIAL AND SCHEDULING CONFERENCE

This adversary proceeding/contested matter is set for a preliminary pretrial and scheduling conference under Federal Rule of Bankruptcy Procedure 7016(b) (incorporating Federal Rule of Civil Procedure 16, and LBR 7016-1, on May 19, 2025 at 10:00 AM, via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedure for Remote Appearances, found on the homepage of our website at https:\\prb.uscourts.gov.

Unless excused for good cause, each party shall be represented at the pretrial conference by counsel who is to conduct the trial on behalf of said party, and who shall be thoroughly familiar with the facts and applicable law of the case.

Counsel for each party and/or each pro se party are hereby ordered to make the disclosures required by Rule 26(a) of the Federal Rule of Civil Procedure, incorporated by Rule 7026, Federal Rules of Bankruptcy Procedure, fourteen (14) days prior to the conference.

Counsel for each party are further ordered to confer with opposing counsel and prepare and file with the court seven (7) days prior to the conference, a "JOINT PRETRIAL REPORT" containing the following:

1. The basis for jurisdiction or objection to jurisdiction.
2. A statement of admitted or uncontested facts.
3. A brief statement of contested facts.
4. A statement of contested legal issues.
5. The time needed to complete discovery.
6. The need for amendment of pleadings and joinder of additional parties.
7. The time for filing of dispositive motions.
8. The plaintiff shall state the time needed to present his case-in-chief, including reservation of time for rebuttal.
9. The defendant and each additional party shall state the time needed to present his case-in-chief, including reservation of time for rebuttal.

Failure to comply with the requirements of this order may result in the imposition of sanctions, including, but not limited to the dismissal of the complaint, assessment of costs including attorneys' fees, or other penalties.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of February, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge