United States Bankruptcy Court
District of Puerto Rico

Geertgens,
    Plaintiff

MALIK,
    Defendant

Adv. Proc. No. 24-00015-ESL

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 2
Date Rcvd: Feb 11, 2025      Form ID: pdf003      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| dft |   | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| pla | + | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| cc | * | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cd | *+ | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | on behalf of Plaintiff Earl Geertgens cpg@go-law.com yalfonseca@go-law.com |
| FREDERIC CHARDON DUBOS | on behalf of Counter-Claimant RIC F MALIK fcdlaw2025@outlook.com fcdlaw2020@gmail.com;chardon-dubos.fredericb115451@notify.bestcase.com |

| District/off: 0104-3 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Feb 11, 2025 | Form ID: pdf003 | Total Noticed: 3 |

Warren Wolf
on behalf of Plaintiff Earl Geertgens wwolf@goldbergwolf.com

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| Debtor(s) | ADVERSARY NUMBER: 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| Plaintiff(s) | |
| RIC F MALIK | |
| Defendant(s) | FILED & ENTERED ON FEB/11/2025 |

ORDER

The Motion for reconsideration of dismissal of adversary proceeding filed by Earl Geertgens, and Tama Geertgens (docket #62) is hereby granted. Clearly, the intent of the order entered on January 3, 2025 (dkt. #58) was to strike debtor's answer to the complaint and dismiss the counterclaim filed by the debtor and not to dismiss the adversary proceeding. The referred to order was meant to grant the request made by plaintiff on October 29, 2024 (dkt. # 51), which was not timely oppose by debtor/defendant. Therefore, the court amends the January 8, 2025 order to state that the Debtor's amended answer (dkt. #50) is stricken and the counterclaim attached to the same is dismissed. Partial judgment will be entered dismissing the counterclaim filed on October 11, 2024, as an attachment to debtor's amended answer.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11 day of February, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge