IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>RIC F. MALIK.,<br><br>Debtor. | Case No. 23-03241-ESL7<br><br>Chapter 7 |
| EARL GEERTGENS AND TAMA GEERTGENS<br><br>v.<br><br>RIC F. MALIK.,<br><br>Debtor. | Adversary Proceeding No. 24-00015-ESL |

## CERTIFICATION OF GOOD FAITH ATTEMPTS TO AVOID DISCOVERY MOTION

I, Charles P. Gilmore, Esquire, of full age, hereby certify as follows:

1. I am an attorney representing Earl Geertgens and Tama Geertgens ("ETG") in this matter, have personal knowledge of the matters stated herein and offer this Certification of Good Faith Efforts to Avoid Discovery Motion in support of ETG's Motion to Compel Discovery ("Motion").

2. I made several telephone calls to Debtor's counsel Frederic Chardon Dubos, Esquire to confer on his client's compliance with the outstanding discovery requests from November.

3. Unfortunately, we have been unable to get any response from Debtor's counsel to our efforts to obtain Debtor's compliance and avoid this Motion.

I certify under penalty of perjury the foregoing statements are true and correct.


Dated: 3/11/25                  /s/ Charles P. Gilmore, Esq.
                                           Charles P. Gilmore, Esq.
**O'NEILL & GILMORE**
**LAW OFFICE, LLC**
City Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone: 787/620-0670
Fax: 787/620-0671
Email: cpg@go-law.com