**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| **IN RE:** | Case No. **23–03241 ESL** |
| RIC F MALIK | Chapter **7** |
| Debtor(s) | |
| Earl Geertgens<br>Tama Geertgens | Adversary Number **24–00015** |
| Plaintiff(s) | |
| v. | FILED & ENTERED ON 3/27/25 |
| RIC F MALIK  et. al. | |
| Defendant(s) | |

### *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion requesting entry of order to compel discovery responses filed by Earl Geertgens, and Tama Geertgens, docket #76.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In San Juan, Puerto Rico, this Thursday, March 27, 2025 .

*[Signature]*
Enrique S. Lamoutte
United States Bankruptcy Judge