IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| Debtor(s) | ADVERSARY NUMBER: 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| Plaintiff(s) | |
| RIC F MALIK | |
| Defendant(s) | FILED & ENTERED ON MAR/27/2025 |

ORDER

Plaintiffs Earl Geertgens, and Tama Geertgens to state position within fourteen (14) days as to Defendant's certification in support of responses to request for production of documents filed on March 18, 2025 (Docket Entry #78).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27 day of March, 2025.

*(signature)*
Enrique S. Lamoutte
United States Bankruptcy Judge