United States Bankruptcy Court

District of Puerto Rico

Geertgens,

    Plaintiff

MALIK,

    Defendant

Adv. Proc. No. 24-00015-ESL

# CERTIFICATE OF NOTICE

| District/off: 0104-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf003 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| dft | | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| pla | + | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| cc | * | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cd | *+ | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | |
| | on behalf of Plaintiff Earl Geertgens cpg@go-law.com  yalfonseca@go-law.com |
| FREDERIC CHARDON DUBOS | |
| | on behalf of Counter-Claimant RIC F MALIK fcdlaw2025@outlook.com fcdlaw2020@gmail.com;chardon-dubos.fredericb115451@notify.bestcase.com |

District/off: 0104-3                            User: admin                                    Page 2 of 2
Date Rcvd: Mar 27, 2025                         Form ID: pdf003                                Total Noticed: 3

Warren Wolf
                    on behalf of Plaintiff Earl Geertgens wwolf@goldbergwolf.com


TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                                    CASE NO. 23-03241-ESL7

RIC F MALIK                               Chapter 7


                Debtor(s)                 ADVERSARY NUMBER: 24-00015-ESL

EARL GEERTGENS

TAMA GEERTGENS

                Plaintiff(s)

RIC F MALIK

                Defendant(s)                  FILED & ENTERED ON MAR/27/2025


                                ORDER

     Plaintiffs Earl Geertgens, and Tama Geertgens to state position within

fourteen (14) days as to Defendant's certification in support of responses to

request for production of documents filed on March 18, 2025 (Docket Entry #78).

     IT IS SO ORDERED.

     In San Juan, Puerto Rico, this 27 day of March, 2025.


                                              Enrique S. Lamoutte
                                          United States Bankruptcy Judge