UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In re:
**RIC F. MALIK**, Debtor
Chapter 7
Case No. 23-03241-ESL7

*RECEIVED AND FILED
PRO SE UPLOAD TOOL
04/10/2025 - 04:20 PM
USBC
(WRT)*

Adversary Proceeding No. 24-00015-ESL7

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2025, I electronically filed the **Debtor's Response to Creditor's Motion to Dismiss, and Opposition to Sanctions** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, including:

- **Warren S. Wolf, Esq.**
- **Charles P. Gilmore, Esq.**

In compliance with the Court's Order (Dkt. #72), no documents were served directly on Earl or Tama Geertgens.

Executed on this 9th day of April, 2025.

Respectfully submitted,

/s/ **Ric F. Malik**
Ric F. Malik (Pro Se)
756 Vieques, PR 00765
ricmalik3@gmail.com
787-530-7799