## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of April, 2025, I caused a true and correct copy of the foregoing "**DEFENDANT'S FIRST REQUEST FOR DISCLOSURE TO PLAINTIFFS' COUNSEL, KAREN M. MURRAY, ESQ.**" to be served upon the following parties:

**Via CM/ECF Notification System** (if registered):

- **Warren S. Wolf, Esq.**
  Goldberg & Wolf, LLC
  1949 Berlin Road, Suite 201
  Cherry Hill, NJ 08003
  Email: wwolf@goldbergwolf.com

- **Charles P. Gilmore, Esq.**
  O'Neill & Gilmore Law Office, LLC
  City Towers, Suite 1701
  252 Ponce de León Avenue
  San Juan, Puerto Rico 00918
  Email: cpg@go-law.com

*RECEIVED AND FILED
PRO SE UPLOAD TOOL
04/23/2025 - 11:30 AM
USBC
(WRT)*

**Via First Class Mail and/or Email (if CM/ECF is unavailable):**

- **Karen M. Murray, Esq.**
  8 East Main St.
  Moorestown, NJ 08057
  Email: kmurray@murraylaw.com

I further certify that the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification to all registered participants.

---

**Ric F. Malik**
Pro Se Defendant
PO Box 756
Vieques, PR 00765
ricmalik3@gmail.com
(787) 530-7799

Dated: April 23, 2025