**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>RIC F MALIK<br><br>                    Debtor(s)<br><br>Earl Geertgens<br>Tama Geertgens<br>                    Plaintiff(s)<br><br>v.<br><br>RIC F MALIK  et. al.<br>                    Defendant(s) | Case No. **23–03241 ESL**<br><br>Chapter **7**<br><br><br>Adversary Number **24–00015**<br><br><br>FILED & ENTERED ON 4/24/25 |

***ORDER***

The motion filed by Defendant Ric F. Malik requesting for disclosure to Plaintiff's Counsel Karen M. Murray, ESQ (docket #85) is hereby granted . The information is noted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, April 24, 2025 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge