## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>RIC F. MALIK.,<br><br>      Debtor. | Case No. 23-03241-ESL7<br><br>Chapter 7 |
| EARL GEERTGENS AND TAMA GEERTGENS<br><br>v.<br><br>RIC F. MALIK.,<br><br>      Debtor. | Adversary Proceeding No. 24-00015-ESL |

### MOTION FOR CONVERSION OF PRELIMINARY PRETRIAL AND SCHEDULING CONFERENCE TO STATUS CONFERENCE

**TO THE HONORABLE COURT**:

COMES NOW, by counsel, plaintiff Earl Geertgens and Tama Geertgens ("ETG"), and respectfully state and prays as follows:

1. The above captioned adversary proceeding is currently set for a preliminary pretrial and scheduling conference on May 19, 2025, at 10:00 A.M.

2. As per Order of this Honorable Court, the parties were to make their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and then file a joint report seven (7) days prior to the conference. Dkt. # 71.

3. In the main bankruptcy case a series of motions are set for hearing on August 8, 2025. *See* Dkt. # 94 in the main case.

4. The plaintiffs timely made their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). However, the undersigned has not been able to coordinate to meet with opposing counsel to discuss the matters to be included in the report requested by this Court.

1

5. The undersigned wishes to discuss matters with opposing counsel to develop an efficient case management plan now that there are new contested matters in the main case that impact this adversary proceeding.

6. For the stated reasons, it is requested that the preliminary pretrial and scheduling conference be converted to a status conference. Undersigned counsel has spoken with brother counsel Chardón Dubos and our colleague has consented to the conversion of the hearing to a status conference.

**WHEREFORE**, the plaintiff respectfully requests this Honorable Court to convert the preliminary pretrial and scheduling conference set for May 19, 2025, to a status conference.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 5th day of May 2025.

I HEREBY CERTIFY that a true and correct copy of the foregoing has filed with the Clerk of the Court using the CM/ECF System, which will send notification to all CM/ECF participants.

**O'NEILL & GILMORE
LAW OFFICE, LLC**
City Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone: 787/620-0670
Email: cpg@go-law.com

By: /s/ Charles P. Gilmore
Charles P. Gilmore, Esq.
USDC No. 209614

**GOLDBERG & WOLF, LLC**
1949 Berlin Road, Suite 201
Cherry Hill, New Jersey 08003
Phone: 856-651-1600
Fax: 856-651-1615
Email: wwolf@goldbergwolf.com

By: /s/ Warren S. Wolf
Warren S. Wolf, Esq.
Co-counsel admitted Pro Hoc Vice

2