UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
**RIC F. MALIK,**
Debtor

Case No.: 23-03241-ESL7
**Chapter 7**

**EARL AND TAMA GEERTGENS,**
Plaintiffs

v.

**RIC F. MALIK,**
Defendant

**Adv. Proc. No.:** 24-00015-ESL

*RECEIVED AND FILED*
*PRO SE UPLOAD TOOL*
*05/03/2025 - 05:00 AM*
*USBC*
*(WRT)*

# CERTIFICATE OF SERVICE

I, **Ric F. Malik,** the undersigned, hereby certify that on this ___ day of May, 2025, I served a true and correct copy of the:

**Debtor's Opposition to Plaintiffs' Motion to Strike (Dkt. #88)**

by electronic means via the CM/ECF system on all parties registered to receive electronic notice, including:

- **Warren M. Wolf, Esq.**
  Goldberg & Wolf, LLC
  1949 Berlin Rd, Suite 201
  Cherry Hill, NJ 08003
  Email: wwolf@goldbergwolf.com
  Counsel for Earl and Tama Geertgens

I further certify that, to the best of my knowledge, no other party requires service by mail.

Executed in Vieques, Puerto Rico.

Respectfully submitted,

/s/ **Ric F. Malik**
Ric F. Malik, Debtor-Defendant, *pro se*
756 Vieques, PR 00765
Email: ricmalik3@gmail.com
Phone: 787-530-7799