**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: | |
| RIC F MALIK | Case No. **23–03241 ESL** |
| Debtor(s) | Chapter **7** |
| Earl Geertgens<br>Tama Geertgens | |
| | Adversary Number **24–00015** |
| Plaintiff(s) | |
| v. | FILED & ENTERED ON 5/6/25 |
| RIC F MALIK et. al. | |
| Defendant(s) | |

***ORDER***

The motion filed by Plaintiffs Earl Geertgens and Tama Geertgens requesting to convert the preliminary pretrial and scheduling conference set for May 19, 2025, to a status conference (docket #92) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, May 6, 2025.

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge