## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>RIC F. MALIK.,<br><br>        Debtor. | Case No. 23-03241-ESL7<br><br>Chapter 7 |
| EARL GEERTGENS AND TAMA GEERTGENS<br><br>v.<br><br>RIC F. MALIK.,<br><br>        Debtor. | Adversary Proceeding No. 24-00015-ESL |

### MOTION FOR LEAVE TO APPEAR PERSONALLY AT THE STATUS CONFERENCE SCHEDULED FOR MAY 19, 2025

**TO THE HONORABLE COURT**:

COMES NOW, by counsel, plaintiff Earl Geertgens and Tama Geertgens ("ETG"), and respectfully state and prays as follows:

1. The above captioned adversary proceeding is currently set status conference on May 19, 2025, at 10:00 A.M. via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. [Dk 97]

2. Given the activity in the adversary case and in the main case, undersigned counsel requests the opportunity to appear personally, before the Court, in order to discuss the discovery issues pending and the sequences of matter pending determination.

**WHEREFORE**, the plaintiff respectfully requests this Honorable Court to take notice of the foregoing, and therefore, to allow Atty. Charles P. Gilmore to appear personally at the status conference on May 19, 2025, at 10:00 A.M.

1

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 16th day of May 2025.

I HEREBY CERTIFY that a true and correct copy of the foregoing has filed with the Clerk of the Court using the CM/ECF System, which will send notification to all CM/ECF participants.

**O'NEILL & GILMORE
LAW OFFICE, LLC**
City Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone: 787/620-0670
Email: cpg@go-law.com

By: /s/ Charles P. Gilmore
    Charles P. Gilmore, Esq.
    USDC No. 209614