IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                              CASE NO. 23-03241-ESL

EARL GEERTGENS, ET ALS              Chapter 7

PLAINTIFF                           ADV.PROC. 24-00015-ESL

VS

RIC F MALIK

DEFENDANT

FILED & ENTERED ON MAY/16/2025

ORDER

    The motion filed by Plaintiffs attorney Charles Gilmore (Docket Entry #100) is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 16 day of May, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge