United States Bankruptcy Court
District of Puerto Rico

Geertgens,
    Plaintiff

MALIK,
    Defendant

Adv. Proc. No. 24-00015-ESL

## CERTIFICATE OF NOTICE

District/off: 0104-3     User: admin     Page 1 of 2
Date Rcvd: May 16, 2025     Form ID: pdf003     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| dft | | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| pla | + | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: ustpregion21.hr.ecf@usdoj.gov | May 16 2025 18:50:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | May 16 2025 18:50:00 | MONSITA LECAROZ ARRIBAS, OFFICE OF THE US TRUSTEE (UST), OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| cc | * | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cd | *+ | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2025      Signature:     /s/Gustava Winters

District/off: 0104-3 User: admin Page 2 of 2
Date Rcvd: May 16, 2025 Form ID: pdf003 Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | on behalf of Plaintiff Earl Geertgens cpg@go-law.com yalfonseca@go-law.com |
| Warren Wolf | on behalf of Plaintiff Earl Geertgens wwolf@goldbergwolf.com |

TOTAL: 2

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL |
| EARL GEERTGENS, ET ALS | Chapter 7 |
| PLAINTIFF | ADV.PROC. 24-00015-ESL |
| VS | |
| RIC F MALIK | |
| DEFENDANT | |

FILED & ENTERED ON MAY/16/2025

ORDER

The motion filed by Plaintiffs attorney Charles Gilmore (Docket Entry #100) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16 day of May, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge