3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

### Hearing Information

| | | | |
|---|---|---|---|
| **Debtor(s):** | Earl Geertgens et al v. Ric F. Malik | **Case Number:** | 23-03241-ESL |
| | | **Chapter:** | AP 24-00015-ESL |
| **Date / Time / Room:** | 05/19/2025 at 10:00 AM | **Courtroom:** | Microsoft Teams Video & Audio Conferencing and/or |
| **Bankruptcy Judge:** | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| **Courtroom deputy:** | DARHMA ZAYAS BOUJOUEN | | |
| **Reporter/ECR:** | Soliam Merced Collazo Rivera | | |

### Minute Entry

**Matter:**
STATUS CONFERENCE

**Appearances:**

☒ Debtor  *Rick Malite*
☐ Debtor's Attorney
☐ Trustee

☒ Movant/Creditors/Others: *Charles P. Gilmore, Esq; Warren Wolf, Esq (virtual); Frederic Chardon, Esq Connected on telephone*

**Proceedings:**

ORDER:

☒ The parties are granted **90** days to conclude discovery.

___ The parties are granted ___ days to file dispositive motions. Replies are due ___ days thereafter.

___ The motion to dismiss/for summary judgment must be opposed within ___ days. Replies are due ___ days thereafter.

___ The parties are granted ___ days to file a settlement agreement.

___ The pretrial hearing is continued to: **9/17/2025 at 10:00 A.M**

___ Trial is scheduled for _____.

___ Plaintiff shall show cause within ___ days from notice of this order why the complaint should not be dismissed for failure to appear at the instant pretrial.

___ Defendant shall show cause within ___ days from notice of this order why judgment should not be entered in favor of plaintiff for failure to appear at the instant pretrial.

☒ Other: *The court will review matters raised in the motions on the following docket entries: 76, 77, 78, 79, 82, 83, and 90.*

/s/Enrique S. Lamoutte
U.S. Bankruptcy Judge