United States Bankruptcy Court

District of Puerto Rico

Geertgens,

    Plaintiff

Adv. Proc. No. 24-00015-ESL

MALIK,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 2

Date Rcvd: May 19, 2025      Form ID: pdf003      Total Noticed: 8

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| dft | | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| pla | + | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | May 19 2025 18:56:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | May 19 2025 18:56:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | May 19 2025 18:55:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | May 19 2025 18:55:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| ust | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | May 19 2025 18:55:00 | MONSITA LECAROZ ARRIBAS, OFFICE OF THE US TRUSTEE (UST), OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| cc | * | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cd | *+ | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case:24-00015-ESL   Doc#:105   Filed:05/21/25   Entered:05/22/25 00:41:06   Desc: Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0104-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: pdf003 | Total Noticed: 8 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | on behalf of Plaintiff Earl Geertgens cpg@go-law.com  yalfonseca@go-law.com |
| Warren Wolf | on behalf of Plaintiff Earl Geertgens wwolf@goldbergwolf.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

*Hearing Information*

| | | | |
|---|---|---|---|
| Debtor(s): | Earl Geertgens et al v. Ric F. Malik | Case Number: | 23-03241-ESL |
| | | Chapter: | AP 24-00015-ESL |
| Date / Time / Room: | 05/19/2025 at 10:00 AM | Courtroom: | Microsoft Teams Video & Audio Conferencing and/or |
| Bankruptcy Judge: | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| Courtroom deputy: | DARHMA ZAYAS BOUJOUEN | | |
| Reporter/ECR: | Soliam Merced Collazo Rivera | | |

**Minute Entry**

*Matter:*
STATUS CONFERENCE

*Appearances:*

☒ Debtor  Rick Malik
☐ Debtor's Attorney
☐ Trustee

☒ Movant/Creditors/Others: Charles P. Gilmore, Esq.
Warren Wolf, Esq. (virtual)
Frederic Charlton, Esq.
Connected on telephone

*Proceedings:*

ORDER:

_X_ The parties are granted _90_ days to conclude discovery.

___ The parties are granted ____ days to file dispositive motions. Replies are due ____ days thereafter.

___ The motion to dismiss/for summary judgment must be opposed within ____ days. Replies are due ____ days thereafter.

___ The parties are granted ____ days to file a settlement agreement.

___ The pretrial hearing is continued to: _9/17/2025 at 10:00 A.M_

___ Trial is scheduled for _____.

___ Plaintiff shall show cause within ____ days from notice of this order why the complaint should not be dismissed for failure to appear at the instant pretrial.

___ Defendant shall show cause within ____ days from notice of this order why judgment should not be entered in favor of plaintiff for failure to appear at the instant pretrial.

_X_ Other: The court will review matters raised in the motions on the following docket entries: 76, 77, 78, 79, 82, 83, and 90.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge