IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL |
| RIC F MALIK | Chapter 7 |
| DEBTOR | ADV.PROC. 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| PLAINTIFFS | |
| VS | FILED & ENTERED ON JUN/24/2025 |
| RIC F MALIK | |
| DEFENDANT | |

ORDER

The motion filed by Defendant Ric F. Malik (Docket Entry #106) is hereby denied. Debtors/Defendant's motion for a protective order is denied for the reasons in the detailed and well-supported opposition filed by plaintiffs Earl Geertgens and Tama Geertgens (Docket entry #110).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of June, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge