IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| Debtor(s) | ADVERSARY NUMBER: 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| Plaintiff(s) | |
| RIC F MALIK | FILED & ENTERED ON JUL/30/2025 |
| Defendant(s) | |

ORDER

The motion filed by Defendant Ric F. Malik (Docket #115) is hereby denied. Debtor's request is denied without prejudice to filing a joint request with all parties affected, which the court will consider and determine if mediation is ordered. The court notes that there is no local rule in the U. S. Bankruptcy Court for the District of Puerto Rico governing mediation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of July, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge