IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| Debtor(s) | ADVERSARY NUMBER: 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| Plaintiff(s) | |
| RIC F MALIK | FILED & ENTERED ON JUL/30/2025 |
| Defendant(s) | |

## ORDER

The motion filed by Defendant Ric F. Malik (Docket #116) is hereby denied. The debtor, as an individual, may not act as an attorney for a third party.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of July, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge