# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>RIC F. MALIK.,<br><br>    Debtor. | Case No. 23-03241-ESL7<br><br>Chapter 7 |
| EARL GEERTGENS AND TAMA GEERTGENS<br><br>v.<br><br>RIC F. MALIK.,<br><br>    Debtor. | Adversary Proceeding No. 24-00015-ESL |

## MOTION TO ALLOW SERVICE OF SUBPOENA ON KAREN MALIK BY MAIL

**TO THE HONORABLE COURT**:

COMES NOW, creditors Earl Geertgens and Tama Geertgens ("ETG"), represented by the undersigned legal counsel, and respectfully states as follows:

1. ETG caused a subpoena to be issued to Debtor's wife, Karen Malik, on 7/11/25 for documents and deposition testimony. Adv. Pro Dkt # 113.

2. Debtor's Schedule G confirms her address at 327 Delaware Ave. Delanco, NJ 08075 ("Property").

3. ETG's process server tried 3 different days at 3 different times to serve her while 3 vehicles were at the Property and was unable to serve her concluding that she is evading service. See Affidavit of No Service attached hereto as Exhibit A.

4. It is submitted that the Debtor has advised his wife of the subpoena and not to answer the door to avoid service of it.

5.  Our basis for this belief is because the Debtor filed (a) a motion on behalf of his wife, Karen Malik, to quash our subpoena which was denied, Adv. Pro Dkts. 116 and 118, (b) a motion for a protective order on behalf of Karen Malik which was denied, Adv. Pro Dkt # 106 and 111, (c) an affidavit he obtained from Karen Malik on 4/6/25 which he filed with the Court, Case Dkt # 79 (d) a motion to seal documents the Debtor filed on behalf of Karen Malik, Case Dkt # 83, (e) a motion to expand the stay to protect Karen Malik which was denied, Case Dkt # 116 and 117.

6.  As required by Fed.R.Civ.P 45, we provided Debtor a copy of the subpoena before attempts at service were made upon his wife.  As a result, he had prior notice of our attempts at service.

7.  Clearly, the Debtor has a close relationship with his wife, desires to avoid having her testify or produce documents in this matter and has likely advised her of the subpoena and how to avoid being personally served with it.

8.  The Court should allow a Subpoena to be served by mail especially when it appears the recipient is aware of the Subpoena and is avoiding service.

9.  Fed.R.Civ.P 45 made applicable to Adversary Proceedings by Fed.R.Bankr.P. 9016 has been interpreted it to allow service of a federal subpoena by mail. Doe v. Hershman, 155 F.R.D. 630 (N.D.In. 1994).  Specifically, the rule requires delivery and not personal service upon the witness.

WHEREFORE, ETG respectfully requests the Court allow it to serve its Subpoena on Karen Malik by Certified Mail, Return Receipt Requested, and First-Class mail whereby service shall be valid even if Mrs. Malik refuses to sign for the certified mail.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional 3 days pursuant to F.R.B.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may, in its discretion, schedule a hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed by U.S. First class mail this 4th day of August 2025, to debtor, RIC F. MALIK, at PO BOX 756, VIEQUES, PR 00765-0756 and with the Clerk of the Court using the CM/ECF System, which will send notification to the CM/ECF participants.

**O'NEILL & GILMORE**
**LAW OFFICE, LLC**
City Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone: 787/620-0670
Fax: 787/620-0671
Email: cpg@go-law.com

By: __/s/__ **Charles P. Gilmore, Esq.**_____
Charles P. Gilmore, Esq.
USDC No. 209614

**GOLDBERG & WOLF, LLC**
1949 Berlin Road, Suite 201
Cherry Hill, New Jersey 08003
Phone: 856-651-1600
Fax: 856-651-1615
Email: wwolf@goldbergwolf.com

By: _____/s/ **Warren S. Wolf, Esq.**_____
Warren S. Wolf, Esq.
Co-counsel admitted Pro Hoc Vice

# EXHIBIT A

# Affidavit

JUL 29 2025

State of New Jersey:
:SS
County of Union:

**PETER CERRUTO** of full age, being duly sworn according to law, deposes and says:

1. I am a process server serving process through the administrative offices of Guaranteed Subpoena Service, Inc., and as such serve process.

2. I have made numerous attempts to serve the following:

**KAREN MALIK
327 DELAWARE AVE
DELANCO NJ 08072**

Civil Action/Docket #: **23 03241 ESL7**   Venue: **DISTRICT**
In the case of: **EARL GEERTGENS, ET AL** vs. **RIC F. MALIK**

3. I was unable to serve the above named individual(s) for the reason stated below, although attempts were made on the dates and at the addresses listed below:

I ATTEMPTED TO SERVE THE ABOVE NAMED INDIVIDUAL/ENTITY ON 7/16/2025 1:14 PM, 7/17/2025 11:58 AM, 7/18/2025 9:30 AM AND 7/22/2025 5:02 PM  THERE WERE UP TO THREE VEHICLES AT THE PROPERTY ON EACH ATTEMPT. NOBODY WILL OPEN THE DOOR. WALKED AROUND TO THE SIDE OF THE HOUSE YELLING OUT BUT NO ONE WILL RESPOND. LEGAL NOTICES WERE LEFT AT THE ADDRESS AND REMOVED. NO RETURN PHONE CALLS. EVADING.  UNFORTUNATELY, I WAS UNABLE TO EFFECTUATE SERVICE.

PETER CERRUTO   7/23/2025

To Be Used Where Electronic Signature Not Available
Signed and Sworn before me

This ___23___ of ___July___, 2025

Notary   My commission expires

Attorney: WARREN S. WOLF, ESQ.
Firm: GOLDBERG & WOLF, LLC
Ref #: 20250715123602

Name of Private Server: PETER CERRUTO  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20250715123602** Was

GOLDBERG & WOLF, LLC
WARREN S. WOLF, ESQ.
1949 BERLIN RD. STE. 201
CHERRY HILL NJ 08003

**NOT SERVED!**

NOT Served Date/Time: 7/22/2025 5:04 PM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: D65DBAEC**

NOT Served Upon:      **KAREN MALIK**
At HOME :             **327 DELAWARE AVE  DELANCO NJ 08072**

In the Case/Docket:   **23 03241 ESL7**  Claim:
Plaintiff:            **EARL GEERTGENS, ET AL**
Defendant:            **RIC F. MALIK**
Attorney:             **WARREN S. WOLF, ESQ.**  Phone: **8566511600**  Fax: **8566511615**  Email:
Firm:                 **GOLDBERG & WOLF, LLC**
                      **1949 BERLIN RD. STE. 201 CHERRY HILL NJ 08003**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392
To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

Sales Tax of 6.625% Applies

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ X ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ____

_____    ___/___/_____
AUTHORIZING SIGNATURE                DATE

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:  **ENTITY EVADING**
THERE WERE UP TO THREE VEHICLES AT THE PROPERTY ON EACH ATTEMPT. NOBODY WILL OPEN THE DOOR.
WALKED AROUND TO THE SIDE OF THE HOUSE YELLING OUT BUT NO ONE WILL RESPOND. LEGAL NOTICES
WERE LEFT AT THE ADDRESS AND REMOVED. NO RETURN PHONE CALLS. EVADING.

**WE RECOMMEND A STAKE OUT.**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***