IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL |
| RIC F MALIK | Chapter 7 |
| DEBTOR | ADVERSARY PROCEEDING: 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| PLAINTIFFS | |
| VS | FILED & ENTERED ON AUG/11/2025 |
| RIC F MALIK | |
| DEFENDANT | |

ORDER

    The Plaintiffs are hereby ordered to file a reply to the Defendant's Status Brief filed on August 11, 2025 (Docket Entry #123) within fourteen (14) days.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 11 day of August, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge