United States Bankruptcy Court
District of Puerto Rico

Geertgens,
    Plaintiff

Adv. Proc. No. 24-00015-ESL

MALIK,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 2
Date Rcvd: Aug 11, 2025      Form ID: pdf003      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| dft |   | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| pla | + | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Aug 11 2025 18:49:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Aug 11 2025 18:49:00 | MONSITA LECAROZ ARRIBAS, OFFICE OF THE US TRUSTEE (UST), OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| cc | * | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cd | *+ | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2025      Signature:      /s/Gustava Winters

| District/off: 0104-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2025 | Form ID: pdf003 | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:**

**Name**      **Email Address**

CHARLES P GILMORE
     on behalf of Plaintiff Earl Geertgens cpg@go-law.com yalfonseca@go-law.com

Warren Wolf
     on behalf of Plaintiff Earl Geertgens wwolf@goldbergwolf.com

TOTAL: 2

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL |
| RIC F MALIK | Chapter 7 |
| DEBTOR | ADVERSARY PROCEEDING: 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| PLAINTIFFS | |
| VS | FILED & ENTERED ON AUG/11/2025 |
| RIC F MALIK | |
| DEFENDANT | |

ORDER

The Plaintiffs are hereby ordered to file a reply to the Defendant's Status Brief filed on August 11, 2025 (Docket Entry #123) within fourteen (14) days.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11 day of August, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge