**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: | Case No. **23–03241 ESL** |
| RIC F MALIK | Chapter **7** |
| Debtor(s) | |
| Earl Geertgens<br>Tama Geertgens | Adversary Number **24–00015** |
| Plaintiff(s) | |
| v. | **FILED & ENTERED ON 8/14/25** |
| RIC F MALIK et. al. | |
| Defendant(s) | |

***ORDER***

The motion filed by Earl Geertgens and Tama Geertgens requesting entry of order for mail service of subpoena on Karen Malik (docket #121) is hereby granted However, there may be reasons to excuse her appearance. See opposition at dkt. #125.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, August 14, 2025 .

Enrique S. Lamoutte
United States Bankruptcy Judge