# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>RIC F. MALIK.,<br><br>Debtor. | Case No. 23-03241-ESL7<br><br>Chapter 7 |
| EARL GEERTGENS AND<br>TAMA GEERTGENS<br><br>v.<br><br>RIC F. MALIK.,<br><br>Debtor. | Adversary Proceeding No. 24-00015-ESL |

## MOTION TO EXTEND DISCOVERY

**TO THE HONORABLE COURT**:

COMES NOW, creditors Earl Geertgens and Tama Geertgens ("ETG"), represented by the undersigned legal counsel, and respectfully states as follows:

1. ETG seeks a 90-day extension of the current discovery deadline of August 18, 2025, to November 16, 2025, for the reasons stated herein.

2. ETG commenced this Adversary Proceeding by filing a Complaint on February 29, 2024, against the Debtor.

3. The Debtor filed five (5) Motions to Extend his Time to Respond to the Complaint, Dkt #s 7, 10, 31, 39 and 46 and two (2) unsuccessful Motions to Dismiss Adversary Complaint, Dkt # 13 and 20.

4. Debtor filed his original Answer to the Complaint on September 21, 2024, Dkt # 48.

5. Debtor filed an Amended Answer with Counterclaims on October 11, 2024, Dkt # 50.

6. ETG filed a Motion to Dismiss Counterclaims on October 29, 2024, Dkt # 51.

7. On November 4, 2024, ETG served Interrogatories, Request for Production of Documents and Request for Admissions on the Debtor.

8. The Debtor filed two (2) Motions to Extend his Time to Respond to ETG's Motion to Dismiss, Dkt #s 52 and 55.

9. On January 3, 2025, the Court granted the ETG's Motion to Dismiss Counterclaims, but mistakenly dismissed the entire Adversary Proceeding. Dkt #s 58 and 59.

10. On January 8, 2025, ETG filed a Motion for Reconsideration to correct the Court's Order Dismissing the Adversary Proceeding to revise it to Strike the Debtor's Counterclaims.

11. The Debtor filed two (2) Motions to Extend his Time to Respond to the Motion for Reconsideration, Dkt #s 63 and 66.

12. ETG's Motion for Reconsideration of the Dismissal of the Adversary Proceeding was granted on February 11, 2025, which dismissed Debtor's Counterclaims. Dkt # 69 and 70.

13. Under letter of February 28, 2025, ETG followed up with Debtor for his overdue discovery responses since no responses had been received to Interrogatories, Document Requests or Requests for Admissions at this point.

14. On March 11, 2025, ETG filed a Motion to Compel Discovery Responses from Debtor. Dkt # 76.

15. On March 20, 2025, the Debtor served partial responses to ETG's Document Requests.

16. ETG sent Debtor a discovery deficiency letter dated April 1, 2025, confirming that no responses have been received to the Interrogatories and explaining how the document

production was incomplete and failed to comply with the Court Rules.

17. On March 27, 2025, the Court granted ETG's Motion to Compel Discovery. Dkt. # 76.

18. On May 2, 2025, ETG served its Fed.R.Civ.P. 26(a) Initial Disclosures upon the Debtor.

19. On May 19, 2025, the Court conducted a Status Conference at which time ETG (a) raised the Debtor's lack of any response to Interrogatories and lack of a complete response to the Document Requests and (b) advised that Debtor's failure to respond to the paper discovery requests is delaying ETG's ability to take depositions and conduct third-party discovery.

20. The Court advised it would review the lack of discovery noted at Dkt #s 76-79, 83, 83 and 90 and set a discovery deadline of 90 days. Minutes of Status Conference, Dkt # 103.

21. Although ETG still has never received Debtor's Interrogatory responses or full document production, ETG caused subpoenas for testimony and documents to be issued to the Karen Malik and David Ramsay on July 11, 2025. Dkt #s 113 and 144.

22. Pursuant to his Subpoena, David Ramsay was deposed on August 5, 2025.

23. ETG has been unable to serve its Subpoena on Karen Malik and has filed a Motion for Service by Mail on Auugst 4, 2025. Dkt # 121.

24. ETG also caused a Subpoena to be issued to BMO Harris Bank on August 11, 2025. Dkt # 122.

25. On August 6, 2025, Debtor has served a document labeled "Subpoena" on ETG's counsel seeking documents after the discovery deadline is expired so the Debtor presumably seeks an extension of the discovery deadline too.

26. The Court has scheduled a hearing on August 25, 2025 on the Debtor's discovery

deficiencies, among other issues.

27. The Debtor has filed a Motion seeking an extension of time to respond to the outstanding discovery requests after the discovery deadline of August 18, 2025 and attached unsworn responses to four (4) of the twenty-five (25) interrogatory questions. Dkt # 123.

28. Debtor's consent to this Motion to Extend the Discovery deadline was requested on August 12, 2025, but he has yet to respond.

WHEREFORE, ETG respectfully requests the discovery deadline in this Adversary proceeding be extended 90 days from August 18, 2025, to November 16, 2025.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional 3 days pursuant to F.R.B.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may, in its discretion, schedule a hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed by U.S. First class mail this 15th day of August 2025, to debtor, RIC F. MALIK, at PO BOX 756, VIEQUES, PR 00765-0756 and with the Clerk of the Court using the CM/ECF System, which will send notification to the CM/ECF participants.

**O'NEILL & GILMORE
LAW OFFICE, LLC**
City Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone: 787/620-0670
Email: cpg@go-law.com

By: **/s/ Charles P. Gilmore, Esq.**
Charles P. Gilmore, Esq.
USDC No. 209614

        **GOLDBERG & WOLF, LLC**
        1949 Berlin Road, Suite 201
        Cherry Hill, New Jersey 08003
        Phone: 856-651-1600
        Fax:  856-651-1615
        Email: wwolf@goldbergwolf.com

        By:  **/s/ Warren S. Wolf, Esq.**
        Warren S. Wolf, Esq.
        Co-counsel admitted Pro Hoc Vice