United States Bankruptcy Court
District of Puerto Rico

Geertgens,

    Plaintiff

MALIK,

    Defendant

Adv. Proc. No. 24-00015-ESL

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 2
Date Rcvd: Aug 14, 2025      Form ID: ogmf      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| dft | | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| pla | + | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| cc | * | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cd | *+ | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | on behalf of Plaintiff Earl Geertgens cpg@go-law.com yalfonseca@go-law.com |
| Warren Wolf | on behalf of Plaintiff Earl Geertgens wwolf@goldbergwolf.com |

District/off: 0104-3                              User: admin                                   Page 2 of 2
Date Rcvd: Aug 14, 2025                           Form ID: ogmf                                 Total Noticed: 3
TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>RIC F MALIK<br>　　　　　　　　　Debtor(s)<br>Earl Geertgens<br>Tama Geertgens<br>　　　　　　　　　Plaintiff(s)<br>v.<br>RIC F MALIK  et. al.<br>　　　　　　　　　Defendant(s) | Case No. **23–03241 ESL**<br>Chapter **7**<br><br>Adversary Number **24–00015**<br><br>FILED & ENTERED ON 8/14/25 |

***ORDER***

The motion filed by Earl Geertgens and Tama Geertgens requesting entry of order for mail service of subpoena on Karen Malik (docket #121) is hereby granted However, there may be reasons to excuse her appearance. See opposition at dkt. #125.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, August 14, 2025 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge