**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>RIC F MALIK<br>        Debtor(s)<br><br>Earl Geertgens<br>Tama Geertgens<br>        Plaintiff(s)<br><br>v.<br><br>RIC F MALIK  et. al.<br>        Defendant(s) | Case No. **23–03241 ESL**<br><br>Chapter **7**<br><br><br>Adversary Number **24–00015**<br><br><br>FILED & ENTERED ON 8/18/25 |

***ORDER***

The motion filed by Ric F. Malik requesting to withdraw the motion for extension of time (docket #129) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, August 18, 2025 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge