IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| Debtor(s) | ADVERSARY NUMBER: 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| Plaintiff(s) | |
| RIC F MALIK | |
| Defendant(s) | FILED & ENTERED ON AUG/19/2025 |

ORDER & NOTICE

The motion filed by Plaintiffs Earl Geertgens, Tama Geertgens (Docket #128) is hereby granted. The pretrial scheduled for September 12, 2025, is rescheduled to Dember 8, 2025 at 10:00 AM via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedure for Remote Appearances, found on the homepage of our website at https:\\prb.uscourts.gov. However, the court notes that several matters, including the dismissal of the bankruptcy case (23-03241), have been scheduled for an in-presence evidentiary hearing to be held on August 25, 2025, at 10:00 AM. The scheduling order of said hearing states that "[t]he Parties shall file proposed findings and conclusions of law seven (7) days prior to the hearing. Each finding of fact shall make reference to either a document to be submitted as an exhibit, or to a witness. The court advises the parties that it will not hold an evidentiary hearing without timely filed proposed findings of fact and conclusions of law."

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of August, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge