IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL |
| RIC F MALIK | Chapter 7 |
| DEBTOR | ADV. PROC. 24-00015-ESL |
| EARL GEERTGENS | |
| TAMA GEERTGENS | |
| PLAINTIFFS | |
| VS | FILED & ENTERED ON AUG/21/2025 |
| RIC F MALIK | |
| DEFENDANT | |

ORDER

    The Plaintiffs are to state his position within twenty-one (21) days as to Defendant's Motion to Dismiss Plaintiffs' Complaint filed on August 19, 2025 (Docket Entry #134).

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 21 day of August, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge