# UNITED STATES BANKRUPTCY COURT

DISTRICT OF PUERTO RICO

IN RE:
RIC F. MALIK, Debtor
Case No. 23-03241-ESL7
Chapter 7

EARL GEERTGENS and TAMA GEERTGENS,
Plaintiffs,
v.
RIC F. MALIK,
Defendant.
Adv. Proc. No. 24-00015-ESL.

*RECEIVED AND FILED
PRO SE UPLOAD TOOL
08/25/2025 - 09:23 P.M.
USBC
(WRT)*

## NOTICE OF FILING DISCOVERY INDEX

TO THE HONORABLE COURT:

COMES NOW the Debtor-Defendant, **Ric F. Malik**, pro se, and respectfully states:

1. On multiple occasions, Plaintiffs have alleged that Debtor failed to provide discovery in this adversary proceeding.

2. In truth, Debtor has complied in good faith with discovery obligations, as demonstrated by filings already of record, including Doc. #55 (Answer to Order to Show Cause), Doc. #58 (Motion in Compliance), Doc. #71 (Certification in Support of Discovery Responses), and Doc. #79 (Response Opposing Dismissal and Sanctions).

3. To assist the Court and to ensure a clear record of discovery compliance, Debtor hereby submits a **Discovery Production Index** (attached hereto as **Exhibit A**).

4. The Index summarizes the categories of documents and responses produced by the Debtor (financial records, property records, business records, tax returns, vehicle records, correspondence, and written discovery responses), together with the dates of service and docket references.

5. The Index further identifies discovery sought from Plaintiffs, including this Court's **Order #87 (April 24, 2025)** compelling disclosure from Plaintiff's counsel, Karen Murray, and Debtor's August 2025 discovery requests served on Plaintiff Earl Geertgens. As of the August 25, 2025 hearing, Plaintiffs remain in non-compliance.

6. This Notice is filed to ensure that the docket accurately reflects Debtor's good-faith compliance and Plaintiffs' failure to comply with discovery obligations.

**WHEREFORE, Debtor respectfully requests that this Honorable Court take notice of Debtor's discovery compliance as set forth in the attached Exhibit A, and grant such other and further relief as may be just and proper.**

Respectfully submitted this 25th day of August, 2025.

/s/ Ric F. Malik
Ric F. Malik, Pro Se
756 Vieques, PR 00765
ricmalik3@gmail.com
787-530-7799

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2025, I filed the foregoing **Notice of Filing Discovery Index** with the Clerk of Court using the CM/ECF system, which will send notice to Plaintiffs' counsel, **Karen Murray, Esq.**, and to the Office of the United States Trustee.

/s/ Ric F. Malik

# Table of Contents – Debtor's Discovery Compliance Binder

**Tab 1 – Discovery Responses (Debtor's Compliance –** *Adversary***)**

- Doc #55 (Adversary) – Debtor's Answer to Order to Show Cause (March 4, 2025)
- Doc #58 (Adversary) – Motion in Compliance with Discovery (March 17, 2025)
- Doc #71 (Adversary) – Certification in Support of Discovery Responses (March 18, 2025)
- Copies of actual discovery you provided (bank records, property records, company docs, etc.)
- Index summarizing each category (see Exhibit A).

**Tab 2 – Proof of Service (***Adversary***)**

- Certificates of Service filed (Docs #75–77, Adversary).
- Mailing receipts or CM/ECF proof of filing.
- Highlight: Debtor did serve what was required.

**Tab 3 – Court Orders Supporting Debtor's Compliance (***Main Case***)**

- Doc #53 (Main Case) – Order to Show Cause (Feb. 19, 2025).
- Doc #74 (Main Case) – Order requiring Creditors to state position on Debtor's certification (Mar. 27, 2025).
- Doc #87 (Main Case) – Order compelling Murray to provide disclosures (Apr. 24, 2025).
- Doc #94 (Main Case) – Order & Notice setting Aug. 8 hearing & requiring Proposed Findings (Apr. 22, 2025).
- Doc #147 (Main Case) – Order continuing hearing to Aug. 25 and requiring findings (July 8, 2025).

**Tab 4 – Plaintiffs' Non-Compliance**

- Murray's failure to comply with Doc #87 (Main Case – no disclosure provided).
- Proof of service of August 2025 discovery requests on Earl Geertgens (Adversary).
- Note: As of Aug. 25 hearing, no responses received.
- Plaintiffs' binder (Aug. 25, 2025) – recycled NJ filings, not responsive discovery.

**Tab 5 – Debtor's Supplement (Aug. 25, 2025 –** *Adversary***)**

- Copy of Supplement to Proposed Findings of Fact and Conclusions of Law (filed Aug. 25, 2025, Adversary).
- Certificate of Service attached to that filing.
- This shows Debtor formally put Plaintiffs' non-compliance on record.

---

#  Exhibit A – Discovery Production Index

**Ric F. Malik – Case No. 23-03241-ESL7 (Main Case) / Adv. Proc. No. 24-00015-ESL**

**Documents Produced by Debtor (*Adversary Filings*)**

| Category | Description of Materials Produced | Date Served / Filed | Supporting Docket Reference |
|---|---|---|---|
| Discovery Certification | Certification under penalty of perjury confirming production of discovery materials. | March 18, 2025 | Doc #71 (Adversary) |
| Financial Records | Partial bank statements (2022–2023, personal). | March 17–18, 2025 | Doc #58, Doc #71 (Adversary) |
| Property Records | Ownership documents related to NJ property. | March 17–18, 2025 | Doc #58 (Adversary) |
| Business Records | LLC/company records for Moorestown Construction, R. Malik Construction, MC Remodeling. | March 17–18, 2025 | Doc #58 (Adversary) |
| Tax Returns | Joint federal returns (showing joint filing with Karen Malik). | March 17–18, 2025 | Doc #58 (Adversary) |
| Vehicle Records | Ford truck purchase/sale docs, title. | March 17–18, 2025 | Doc #58 (Adversary) |
| Correspondence | Communications with Geertgens re: payments and construction. | March 17–18, 2025 | Doc #58 (Adversary) |
| Discovery Responses | Written responses to interrogatories and requests for production. | March 17–18, 2025 | Doc #58, Doc #71 (Adversary) |
| Answer to OSC | Debtor's Answer to Show Cause (summarizing discovery compliance). | March 4, 2025 | Doc #55 (Adversary) |
| Response Opposing Sanctions | Opposition to dismissal/sanctions, explaining compliance and Plaintiffs' selective disclosure. | April 3, 2025 | Doc #79 (Adversary) |

**Discovery Sought From Plaintiffs (*Main Case & Adversary*)**

| Target | Request | Date Served / Ordered | Compliance Status | Docket Reference |
|---|---|---|---|---|
| Karen Murray, Esq. | Disclosure compelled by court order. | April 24, 2025 | **Non-compliant** | Doc #87 (Main Case) |
| Earl Geertgens | Discovery requests served directly. | Early August 2025 | **Non-compliant** | Proof of service (Adversary) |

## Summary

Debtor complied in good faith with discovery through **Docs #55, #58, #71, #79 (Adversary)**. Plaintiffs failed to comply with **Doc #87 (Main Case)** and ignored August 2025 discovery served on Geertgens (Adversary). Plaintiffs instead relied on a 600+ page recycled NJ binder.