**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE:
RIC F. MALIK, Debtor
Case No. 23-03241-ESL7
Chapter 7

EARL GEERTGENS and TAMA GEERTGENS,
Plaintiffs,
vs.
RIC F. MALIK,
Defendant.
Adv. Proc. No. 24-00015-ESL

*RECEIVED AND FILED
PRO SE UPLOAD TOOL
08/26/2025 - 03:53 A.M.
USBC
(WRT)*

---

## DEBTOR'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER (DKT. #87)

TO THE HONORABLE COURT:

NOW COMES, Debtor–Defendant **Ric F. Malik**, *pro se*, and respectfully states:

---

## I. BACKGROUND

1. On **April 24, 2025**, this Court entered an **Order (Dkt. #87)** granting Defendant's motion (Dkt. #85) requesting disclosure from Plaintiffs' counsel, Karen M. Murray, Esq.

2. Despite this clear directive, Plaintiffs and their counsel have failed to produce the ordered discovery.

3. Defendant has already produced all responsive materials in his possession. Plaintiffs' ongoing refusal to comply has delayed discovery for over 100 days since the Court's initial directives and continues to prejudice Defendant's ability to prepare for trial.

---

## II. ARGUMENT

4. Plaintiffs' failure to obey Dkt. #87 is a violation of a direct Court order.

5. Under **Fed. R. Bankr. P. 7037**, incorporating **Fed. R. Civ. P. 37(b)**, the Court may enforce compliance, award costs, or impose sanctions, including evidentiary preclusion or attorney's fees.

6. Defendant respectfully requests immediate enforcement to prevent further prejudice and gamesmanship in discovery.

## SUPPLEMENTAL FACTS

7. On **August 25, 2025**, Plaintiffs' counsel, **Karen M. Murray, Esq.**, appeared before this Court by Zoom and submitted a 600-page binder of New Jersey filings and exhibits.

8. However, none of the documents produced in that binder included the discovery materials required under this Court's prior order (Dkt. #87) and specifically requested in Defendant's **Motion at Dkt. #85**.

9. The binder submission demonstrates that while Plaintiffs have the ability to assemble voluminous filings, they continue to withhold the documents this Court has already ordered them to disclose.

10. As a direct result of Plaintiffs' failure to comply with Dkt. #87, Defendant was unable to fully state his case against Plaintiffs during the August 25, 2025 Zoom hearing. The absence of the ordered discovery materially prejudiced Defendant's ability to respond to Plaintiffs' allegations, cross-reference their exhibits, and present a complete defense.

## III. RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that the Court:

a. Order Plaintiffs and their counsel to fully comply with Dkt. #87 within **ten (10) days** of entry of the Court's order;
b. Warn Plaintiffs that failure to comply may result in sanctions under Rule 37, including evidentiary preclusion or other appropriate relief; and
c. Grant such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all registered CM/ECF participants, including Warren S. Wolf, Esq., and Charles P. Gilmore, Esq.

Respectfully submitted,

/s/ Ric F. Malik
Ric F. Malik, Pro Se
756 Vieques
Vieques, PR 00765
(787) 530-7799
ricmalik3@gmail.com

Ric F. Malik
Pro Se Defendant
PO Box 756
Vieques, PR 00765
ricmalik3@gmail.com
(787) 530-7799

**RECEIVED AND FILED**
**PRO SE UPLOAD TOOL**
04/23/2025 - 11:29 AM
USBC
(WRT)

April 21, 2025

Karen M. Murray, Esq.
8 East Main Street
Moorestown, NJ 08057
Email: Kmurray@murraylaw.com

Warren Wolf
c/o Goldberg & Wolf, LLC
1949 Berlin Road, Suite 201
Cherry Hill, NJ 08003
Email: wwolf@goldbergwolf.com

Re: **Ric F. Malik v. Earl and Tama Geertgens**
Adversary Proceeding No. 24-00015-ESL
Request for Disclosure Pursuant to Fed. R. Civ. P. 26 and 34

Dear Ms. Murray,

Please find enclosed a formal **Request for Disclosure** pursuant to **Federal Rules of Civil Procedure 26 and 34**, as incorporated by **Bankruptcy Rules 7026 and 7034**, served in connection with the above-referenced adversary proceeding.

This request seeks information reasonably calculated to lead to the discovery of admissible evidence relevant to the claims and defenses in this matter, including:

- Your professional liability (malpractice) insurance information;
- Your fee agreements with the plaintiffs;
- Documents and reports from private investigators or delivery services; and
- All subpoenas issued or served in this or related litigation.

**In accordance with Rule 26(g), I affirm that this discovery request is made in good faith**, is not unduly burdensome, and is proportional to the needs of this case. You are requested to provide full responses and responsive documents within **fourteen (14) days** of service of this letter and accompanying request.

If you object to any portion of the request, I ask that you clearly state the specific basis for your objection and identify whether responsive materials are being withheld. If no timely or adequate response is received, I reserve the right to move to **compel disclosure under Rule 37**, including a request for costs and sanctions.

Should you believe a conference would assist in resolving any perceived dispute in good faith, I am willing to meet and confer by phone or in writing within the response period.

This letter and its enclosures are served via [Certified Mail / CM/ECF / Email] and filed in accordance with applicable court rules.

Respectfully,

Ric F. Malik
Pro Se Defendant

Enclosure:

- Request for Disclosure to Plaintiffs' Counsel – Karen M. Murray, Esq.

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>RIC F MALIK<br><br>    Debtor(s)<br><br>Earl Geertgens<br>Tama Geertgens<br><br>    Plaintiff(s)<br><br>v.<br><br>RIC F MALIK et. al.<br><br>    Defendant(s) | Case No. **23−03241 ESL**<br><br>Chapter **7**<br><br><br>Adversary Number **24−00015**<br><br><br>FILED & ENTERED ON 4/24/25 |

## ORDER

The motion filed by Defendant Ric F. Malik requesting for disclosure to Plaintiff's Counsel Karen M. Murray, ESQ (docket #85) is hereby granted. The information is noted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, April 24, 2025.

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge