United States Bankruptcy Court
District of Puerto Rico

Geertgens,
    Plaintiff

Adv. Proc. No. 24-00015-ESL

MALIK,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 2
Date Rcvd: Aug 26, 2025      Form ID: pdf003      Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| dft | | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| pla | + | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Aug 27 2025 01:11:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Aug 27 2025 01:11:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Aug 27 2025 00:36:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Aug 27 2025 00:37:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| ust | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Aug 27 2025 00:37:00 | MONSITA LECAROZ ARRIBAS, OFFICE OF THE US TRUSTEE (UST), OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Earl Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |
| cc | * | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cd | *+ | Tama Geertgens, 231 Farnum Street, Edgewater, NJ 08010-1343 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0104-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdf003 | Total Noticed: 8 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | on behalf of Plaintiff Earl Geertgens cpg@go-law.com  yalfonseca@go-law.com |
| Warren Wolf | on behalf of Plaintiff Earl Geertgens wwolf@goldbergwolf.com |

TOTAL: 2

1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

## Hearing Information

| | | | |
|---|---|---|---|
| Debtor(s): | RIC F MALIK | Case Number: | 23-03241-ESL7 |
| | | Chapter: | 7 |
| Date / Time / Room: | 08/25/2025 at 10:00 AM | Courtroom: | COURTROOM 2 |
| Bankruptcy Judge: | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| Courtroom deputy: | DARHMA ZAYAS BOUJOUEN | | |
| Reporter/ECR: | Edna L Sanabria Lebron | | |

## Minute Entry

**Matter:** EVIDENTIARY HEARING

dkt. #163: Proposed Statements of Fact and Conclusions of Law by the Creditors
dkt. #167: Debtor's Proposed Findings and Conclusions of Law.

**Appearances:**
☒ Debtor — Ric F. Malik
☐ Debtor's Attorney
☐ Trustee
☒ Movant/Creditors/Others: Warren Wolf, Esq.; Charles P. Gilmore, Esq.

**Proceedings:**

**ORDER:** The court stated that it would stay proceeding in the related adversary proceedings, AP 24-00015 and AP 25-00026, until a final decision on the motion to dismiss is entered. Counsel for moving creditors summarized the matter before the court as one requiring dismissal for failure to comply with discovery requests and failure to fully disclose assets. Debtor argued against their request.

The only witness presented by creditors was attorney Karen Murray, who explained in detail all exhibits presented by the moving creditors, and admitted by the court. Debtor did not present any witness or evidence but cross-examined witness Karen Murray.

The court took the matter under advisement.

/s/Enrique S. Lamoutte
U.S. Bankruptcy Judge